# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| United States of America, | * | Case No. 3:26 cr 97 |
|  | * |  |
| Plaintiff, | * | Judge James R. Knepp |
|  | * |  |
| vs. | * |  |
|  | * |  |
| Simon Tuck, | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |
|  | * |  |

---

## DEFENDANT'S MOTION FOR REVOCATION OR AMENDMENT
## OF THE ORDER OF DETENTION

---

The Defendant, Simon Tuck, by and through counsel, Neil S. McElroy, and in accordance with 18 U.S.C. § 3145(b), respectfully moves this Court for an order revoking or amending the order of detention in this matter.

Respectfully submitted,

/s/ Neil S. McElroy
NEIL S. McELROY (0077087)

Neil S. McElroy
1119 Adams Street, 2ND Floor

Toledo, Ohio 43604
(419) 243-3800
Fax: (419) 243-4046

**CERTIFICATION**

This is to certify that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Neil S. McElroy